UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Gerald Leroy Barnes II

*(Enter full name of plaintiff)*

Plaintiff,

v.

Mike Anderson
Mike Kirkelie

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:22-cv-01352-AA
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Gerald Leroy Barnes II
Street Address: 2600 Center St. NE
City, State & Zip Code: Salem OR. 97301-2669
Telephone No.: 503 947-2724

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

Defendant No. 1    Name: **MIKE ANDERSON/STORE MANAGER**
Street Address: **1310 JASMINE AVE**
City, State & Zip Code: **WEBSTER TX 77598**
Telephone No.: **281 707 7750**

Defendant No. 2    Name: **MIKE KIRKELIE/STORE MANAGER**
Street Address: **1814 NE ARGYLE ST**
City, State & Zip Code: **PORTLAND, OR 97211**
Telephone No.: **503-235-6672**

Defendant No. 3    Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

Defendant No. 4    Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

The right to get help in a domestic situation, the right to transfer a job already secured, the right to know the reason why i was fired, The right to not be discriminated against

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In 2018 i was in a domestic situation with my wife and family and was working at Costco in webster Tx. i lived in Houston witch is a hr away. After working a Costco a period of time i wanted to trasfer closer to home, Willowbrook Costco, my transfer went through. Then i found out my wife was playing and posioning me, for 27 yrs, so i called the domestic # from my job, and told my boss Mike Anderson, i wanted to transfer to Oregon, no one helped me from the domestic # and my transfer didn't go through, so i called costco in webster, to see what was going on with my trasfer, and

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

Complaint for Violation of Civil Rights (Prisoner Complaint)  3
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_____
_____
_____

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

got no help. I got on unemployment in Oregon, And they helped me get a new job, At TRANSTAR. I believe my transfer didn't go through, because of the color of my skin. Why would my transfer go through to willowbrook, but not to Portland OR. I used my own money to ship my two cars back and property. And had to start all over. I loved that job, every job ive ever had has fired me for no reason, I didn't ask to be born Black. Injuries suffered, discrimination And PTSD

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Worked At TRANSTAR for almost 4 YR. And Mike Kirkelie Store Manager fired me for no

REASON. The unemployment people ask for a reason in mail, and phone calls, no responce. Injuries suffered loss of job, discrimination, ptsD

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)   4
[Rev. 01/2018]

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

### V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Seeking monetary compensation twenty million dollars from Mike Anderson, and fifteen million from Mike Kirkelie.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __29__ day of __Aug__, 20__22__.

_(Signature of Plaintiff)_

[Rev. 01/2018]

5